Filed 7/31/25  P. v. Gaxiola CA2/4

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION FOUR

| | |
|---|---|
| THE PEOPLE, | B336592 |
| Plaintiff and Respondent, | (Los Angeles County Super. Ct. No. BA454612 ) |
| v. | |
| EDUARDO ORTIZ GAXIOLA, | |
| Defendant and Appellant. | |

APPEAL from a judgment of the Superior Court of Los Angeles County, Gustavo N. Sztraicher, Judge.  Affirmed.

Eric R. Larson, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

## INTRODUCTION

A jury found appellant Eduardo Gaxiola guilty of one count of first degree murder and found true the allegation that Gaxiola personally used and discharged a firearm causing great bodily injury and death. The trial court sentenced him to a term of 50 years to life in prison. Gaxiola appealed.

Gaxiola's appointed counsel filed a brief requesting that this court independently review the record for error. (See *People v. Wende* (1979) 25 Cal.3d 436, 441 (*Wende*).) Gaxiola did not file a supplemental brief. We have conducted an independent examination of the entire record and have found no arguable issues. We therefore affirm.

## FACTUAL AND PROCEDURAL BACKGROUND

An information filed in April 2023 charged Gaxiola with one count of murder (Pen. Code, § 187, subd. (a)[1]). The information also alleged Gaxiola personally and intentionally discharged a firearm, which caused great bodily injury and death (§ 12022.53, subds. (b)-(d)).

At trial, the prosecution presented the following evidence. Gaxiola worked periodically fixing machinery for the victim's produce processing business. Gaxiola was also friends with the victim. However, about a month prior to the murder, the victim told his business partner that they would no longer be using Gaxiola for repairs.

On the day of the incident, February 9, 2017, Gaxiola parked his burgundy van near the parking lot entrance of the victim's business. About ten minutes later, the victim backed his car out of the parking lot and stopped adjacent to Gaxiola's

---

[1] All undesignated statutory references are to the Penal Code.

vehicle.  The two men began to argue. Gaxiola then exited his van and continued to yell at the victim while standing near the victim's driver's side door.  The victim told Gaxiola, "Stop! Don't do this!" and continued to back his car onto the street.  Gaxiola yelled the phrases, "I don't give a fuck! Why did you do that?" and "I'm going to let you have it!" multiple times before shooting the victim four times at close range.  The gunshots caused fatal injuries to the victim, who died at the scene.

Surveillance video from several nearby locations showed the shooting and the events surrounding it, including audio recordings of the confrontation.  The victim's adult son testified that he saw Gaxiola shoot his father, and two other witnesses saw Gaxiola holding a gun immediately after the shooting.  After the shooting, Gaxiola drove away in his van. Surveillance video showed Gaxiola park his van approximately 10 blocks away and drive away in a different vehicle.  Later that day, Gaxiola borrowed a car and cell phone from a friend and drove to Mexico.  He was arrested in Mexico in January 2022 and extradited to Los Angeles.

Gaxiola testified in his defense.  He stated that he had been using methamphetamine on the day of the shooting, and the drugs made him think there were people chasing him.  He recalled talking to the victim and thought the victim had something in his hands.  He remembered firing the gun because the victim's car was coming toward him but did not remember if he shot the victim and did not intend to kill him.  He admitted that he was the person in the surveillance videos.

In rebuttal, the prosecution played the recording of an interview between Gaxiola and detectives from the Los Angeles Police Department in January 2022.  During the interview,

Gaxiola stated that he brought the gun that day because it was the victim's and he was planning to return it to the victim. Gaxiola told the detectives that it was not his intention to shoot the gun, but he thought the victim's car was coming toward him. He admitted that he fled to Mexico after the shooting.

The jury convicted Gaxiola of first degree murder (§ 187, subd. (a).) The jury also found true the three firearm enhancement allegations (§ 12022.53, subds. (b)-(d)).

The trial court sentenced Gaxiola to a term of 25 years to life for the murder, plus a consecutive term of 25 years to life for the firearm enhancement under section 12022.53, subdivision (d). The court stayed the imposition of sentence on the remaining firearm enhancements. The court imposed restitution fines along with other fees and awarded 744 days of actual custody credit.

Gaxiola timely appealed. On appeal, his appointed counsel filed a brief requesting that we independently review the record for error. (*Wende, supra,* 25 Cal.3d at p. 441.) We directed counsel to send the record and a copy of the brief to Gaxiola and notified him of his right to respond within 30 days. We have received no response.

## DISCUSSION

We have examined the entire record and are satisfied no arguable issues exist in this appeal. (*Smith v. Robbins* (2000) 528 U.S. 259, 278; *People v. Kelly* (2006) 40 Cal.4th 106, 110; *Wende, supra*, 25 Cal.3d at p. 443.)

## DISPOSITION

The judgment is affirmed.

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**


COLLINS, J.


We concur:


ZUKIN, P. J.


MORI, J.